# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0968
_____

MARK and PAMELA GACEK,

Appellants,

v.

AVALON DUNES CONDOMINIUM
OWNERS ASSOCIATION, INC.,

Appellee.

_____


On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

November 28, 2018


PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(*l*).

LEWIS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Casey K. Weidenmiller and Jessica F. Tolin of Woods, Weidenmiller, Michetti & Rudnick, LLP, Naples, for Appellants.

No appearance for Appellee.